## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| **JOSE ULISES ESCOBAR IRAHETA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 15-1121 (RMC)** |
| | ) | |
| **MAGIC MEALS, INC.,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### ORDER

On the parties' Consent Motion to Vacate, it is hereby

**ORDERED** that the Consent Motion to Vacate, Dkt. 23, is **GRANTED** as a condition of settlement; and it is

**FURTHER ORDERED** that the Court's August 23, 2016 Memorandum and Opinion, Dkt. 16 is **VACATED**; and it is

**FURTHER ORDERED** that the Court's August 23, 2016 Order, Dkt. 17, granting the Motion to Dismiss is **VACATED**; and it is

**FURTHER ORDERED** that the case is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  This case is closed.


Date:  February 22, 2017                              _____/s/_____
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge